UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JONATHAN P. SHEETZ</u>
      Plaintiff

                  CIVIL ACTION
   V.              NO. <u>10-10844-MLW</u>

<u>MIREIA MARTI</u>
      Defendant

<u>ORDER</u>

<u>Wolf, D. J.</u>

  The complaint in the above-titles action was filed on <u>MAY 18, 2010</u>.  An amended complaint was filed on <u>MAY 26, 2010</u>. As of this date there has been no return to the Court of proof of service of the summons and complaint, as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

  Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and Local Rule 4.1(b), the above-entitled action will be dismissed, without prejudice in twenty-one (21) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made.

                        By the Court,

<u>August 10, 2010</u>           <u>/s/ Dennis O'Leary</u>
  Date                Deputy Clerk

(4mdism-notice.wpd - 12/98)                        [o4m]