# LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON-WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT, PC
IRA H. ZALEZNIK
VALERIE L. PAWSON, LLC
GEORGE F. HAILER, PC *
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO, PC
DAVID A. RICH, LLC *
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, PH.D.
J. MARK DICKISON * *

ROBERT J. ROUGHSEDGE * *
CAROLINE A. O'CONNELL *
BRENDA G. LEVY, LLC
KENNETH B. SKELLY * * *
GLENN P. FRANK *
DAVID E. GROSSMAN
IRVING SALLOWAY
SCOTT P. LOPEZ
MICHAEL WILLIAMS
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG
MICHELE A. HUNTON
CHRISTINE M. PALKOSKI
ADAM C. LaFRANCE
TEOFILO JAVIER, JR.
PHILIP S. PULITZER
MEGAN E. LEHMAN * * *

March 21, 2011

**Via First Class Mail**

Daniel Hohler, Deputy Clerk
United States District Court for the District of MA
1 Courthouse Way
Boston, MA  02210

Re:   *Jonathan P. Sheetz v. Mireia Marti*; **Civil Action No. 1:10-CV-10844-MLW**

Dear Mr. Hohler:

As requested in the March 7, 2011 Order, enclosed please find the Subpoena to be issued to USCIS seeking documents regarding Defendant, Mireia Marti.

Please do not hesitate to contact us with any questions.

Very truly yours,

Elizabeth Francis
Assistant to Adam C. LaFrance

Encl.
cc:   Evan T. Lawson

* ALSO ADMITTED IN NY
* * ALSO ADMITTED IN NH
* ALSO ADMITTED IN DC
* * ALSO ADMITTED IN RI,CT,NH & ME
* * * ALSO ADMITTED IN PA
* * * ONLY ADMITTED IN PA