UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:10-cv-10844-MLW

JONATHAN P. SHEETZ,
    *Plaintiff*,

v.

MIREIA MARTI,
    *Defendant*.

**MOTION TO WITHDRAW**

The undersigned, Adam C. LaFrance, and Lawson & Weitzen, LLP, counsel for the plaintiff, Jonathan P. Sheetz, in accordance with Local Rule 83.5.2(c) and Mass. Rules of Professional Conduct R. 1.16(a)(c), hereby move to withdraw as counsel for the said plaintiff in this action, on the grounds that Mr. Sheetz has discharged Lawson & Weitzen, LLP as counsel. There are no other parties to this action other than Plaintiff, the only pending matter is compilation of damages records to supplement an affidavit for a motion for default judgment, and there has been a break down in the attorney-client relationship in seeking to compile those materials.

WHEREFORE, Adam C. LaFrance, and Lawson & Weitzen, LLP, respectfully request that this Motion be allowed and that they be granted leave to withdraw.

                        /s/ Adam C. LaFrance
                        Adam C. LaFrance (BBO No. 677008)
                        Lawson & Weitzen, LLP
                        88 Black Falcon Ave., Suite 345
                        Boston, MA 02210
                        Tel: (617) 439-4990
                        alafrance@lawson-weitzen.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 26, 2012.

   /s/ Adam C. LaFrance

---

Handwritten annotations:

*(Left margin, vertical):* This motion to withdraw is hereby allowed. As the affidavit required to be filed by February 17, 2012 and Plaintiff appears it submitted has not been filed and Plaintiff appears to be prosecuting this case has not checked in as an attorney, it does not appear that Plaintiff intends to prosecute case.

*(Across top/center):* hereby withdrawn

*(Center):* It is further Dismissed Prejudice

*(Right):* Wolf, DJ April 19, 2013