# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JONATHAN P. SHEETZ,**        )<br>    **Plaintiff,**                         )<br>                                               )<br>    **v.**                                       )<br>                                               )<br>**MIREIA MARTI,**                   )<br>    **Defendant.**                       ) | Civ. Action No.  1:10cv10844-MLW |

**WOLF, D.J.**

## ORDER OF DISMISSAL

As the affidavit required to be filed by February 17, 2012, has not been submitted and plaintiff has discharged his attorney, it appears that he does not wish to prosecute this case.  It is, therefore, hereby DISMISSED without prejudice.

**SO ORDERED.**

**Date:  April 19, 2013**            /s/ Mark L. Wolf
                                                **MARK L. WOLF,  U.S.D.J.**